CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MARCELINO ESCOBAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCELINO ESCOBAR,<br><br>Defendants. | Case No.: 2:25-cr-026 DJC<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>DATE:   June 11, 2026<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Nicole Vanek, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MARCELINO ESCOBAR, that the sentencing hearing currently scheduled for June 11, 2026, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on July 16, 2026, at 9:00 a.m.  Mr. Escobar is currently housed at Taft Modified Community Correctional Facility and defense counsel requires additional time to confer with him and prepare mitigating information.  In consultation with US Probation, the parties further request that the schedule of disclosure be modified as follows:

Informal Objections:          6/18/2026

Final PSR:                    6/25/2026

05/11/26

Motion for Correction:        7/2/2026

Reply, or Non-Opposition:    7/9/2026

J&S:                          7/16/2026


DATED:      May 11, 2026          /S/      Nicole Vanek

                                  Eric Grant
                                  by NICOLE VANEK
                                  Attorney for Plaintiff


DATED:      May 11, 2026          /S/      Clemente M. Jiménez
                                  CLEMENTE M. JIMÉNEZ
                                  Attorney for MARCELINO ESCOBAR


## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for June 11, 2026, at 9:00 a.m., be vacated and the matter continued to July 16, 2026, at 9:00 a.m., for judgment and sentencing.


IT IS FURTHER ORDERED, that the schedule of disclosure be modified as proposed.


Dated:  May 11, 2026              /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

05/11/26