CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MARCELINO ESCOBAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00026-DJC-3 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| MARCELINO ESCOBAR, | DATE:   July 16, 2026<br>TIME:    9:00 a.m. |
| Defendants. | JUDGE:  Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Nicole Vanek, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MARCELINO ESCOBAR, that the sentencing hearing currently scheduled for July 16, 2026, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on August 6, 2026, at 9:00 a.m.  Defense counsel will be attending funeral services in southern California and thus unavailable for the currently-scheduled date.

The parties further propose that the disclosure schedule be modified as follows:

Motion for Correction:          7/23/2026

Reply, or Non-Opposition:      7/30/2026

J&S:                                    8/6/2026

07/06/26

DATED:    July 6, 2026    /S/    Nicole Vanek

Eric Grant
by NICOLE VANEK
Attorney for Plaintiff


DATED:    July 6, 2026    /S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for MARCELINO ESCOBAR


**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for July 16, 2026, at 9:00 a.m., be vacated and continued to August 6, 2026, at 9:00 a.m., for judgment and sentencing.

IT IS FURTHER ORDERED, that the disclosure schedule be modified as noted above.

This 6th day of July 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

07/06/26